UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| GLEN L. EATON, | ] |
| | ] |
|    Plaintiff(s), | ] |
| | ] |
| vs. | ] CV04-CO-00142-W |
| | ] |
| MICHAEL J. KEITH, | ] |
| | ] |
|    Defendant(s). | ] |

ORDER

The Court has received the plaintiff's objection to the Magistrate Judge's January 11, 2005, Report and Recommendation in the above-styled matter. The submissions are adequate to make a determination on the issues presented and no additional evidence is needed.

Having conducted a de novo review of the record and issues presented, the undersigned hereby ACCEPTS the decision of the Magistrate Judge as recorded in the January 11, 2005, Report and Recommendation, granting the defendant's motion for summary judgment. Fed. R. Civ. P. 72(a); 28 U.S.C. § 636(b).

The action is hereby DISMISSED, each side to bear its own costs.

Done, this  1st of  February, 2005.

                                               L. SCOTT COOGLER  
                                   UNITED STATES DISTRICT JUDGE